

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

SRG:JLW:jlw
39-51-39933.03

June 16, 2025

<u>Via CM/ECF</u>
Honorable Catherine O'Hagan Wolfe, Clerk
Office of the Clerk
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *Alvarenga-Henriquez v. Bondi*, No. 24-735 (2nd Cir.); A208-274-416; Response to Petitioner's May 2, 2025 Letter regarding *Mayancela v. Bondi*, 136 F.4th 1 (1st Cir. 2025), Submitted Pursuant to Fed. R. App. P. 28(j) (DktEntry: 30.1)

Dear Ms. Wolfe:

  Notwithstanding the fact that *Mayancela*, 136 F.4th 1, is out of circuit precedent, it does not inform the instant case. In *Mayancela*, the female petitioner was repeatedly raped by a cousin who told her "that the sexual abuse of Ecuadorian women was 'normal and that it was something that people did and [that she] just had to live with it.'" 136 F.4th at 4. The agency found that while the female petitioner suffered harm rising to the level of persecution, she failed to demonstrate that her cousin was motivated by her membership in particular social groups consisting of "'Ecuadoran women' and 'Ecuadorian females.'" *Id*. at 7. Instead, the agency found that the female petitioner "was persecuted solely because her cousin 'was a violent individual' who 'was using drugs,' and who 'was also drunk at the time' of the incidents of sexual abuse." *Id*. The First Circuit remanded the case because, *as the petitioner maintained before the agency*, *id*. at 10, it failed to conduct a mixed-motive analysis, *i.e.*, the Board failed to "recognize or correct the IJ's failure to conduct the appropriate mixed-motivation nexus

analysis in reaching its decision." *Id*. at 13. The First Circuit, however, specifically declined to address whether, under the "mixed-motivation nexus analysis . . . the record compelled a finding that her membership in the social groups . . . was one central reason she was persecuted." *Id*. at 14 n.9.

In stark contrast, as argued in Respondent's brief, Ms. Alvarenga "did not exhaust her mixed-motive claim with the agency." Pet. Br. at 21. Therefore, she failed to exhaust her administrative remedies, and *Mayancela* is inapplicable to the instant case that does not turn on an exhausted mixed-motive analysis. *See Penaranda Arevalo v. Bondi*, 130 F.4th 325, 338 (2d Cir. 2025) ("Because Penaranda did not exhaust this argument by raising it before the BIA, this Court may not review it in the first instance now." (citing *See* 8 U.S.C. § 1252(d)(1); *Y.C. v. Holder*, 741 F.3d 324, 336 (2d Cir. 2013) (The "issue exhaustion requirement is mandatory.")).

              Sincerely,

              s/ Joanna L. Watson
              JOANNA L. WATSON
              Senior Trial Attorney
              Office of Immigration Litigation
              P.O. Box 878, Ben Franklin Station
              Washington, D.C. 20044
              202/532-4275
              Joanna.watson2@usdoj.gov

## **CERTIFICATE OF COMPLIANCE**

I certify that the attached letter setting forth supplemental authority complies with the length limitation on such letters at Fed. R. App. P. 28(j) as it contains 341 words.

s/ Joanna L. Watson
Joanna L. Watson
Senior Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4275
Joanna.watson2@usdoj.gov

Dated:   June 16, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing with the Clerk for the Second Circuit by using the appellate ACMS system. Participants in the case who are registered ACMS users will be served by the appellate ACMS system.

          s/ Joanna L. Watson
          JOANNA L. WATSON
          Senior Trial Attorney
          U.S. Department of Justice
          Civil Division
          Office of Immigration Litigation
          P.O. Box 878
          Ben Franklin Station
          Washington, D.C. 20044
          Tel: (202) 532-4275
          Fax: (202) 616-4975
          Joanna.watson2@usdoj.gov